IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ERIC BJARNASON, | ) | |
| | ) | Civil No. 04-1353-HU |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendant(s). | ) | |

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that this action is dismissed with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are denied as moot.

Dated this __28th_____ day of September, 2005.

DONALD M. CINNAMOND
Clerk, United States District Court
/s/ Kathleen Bartholomew

by_____
Kathleen Bartholomew, Deputy Clerk